IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  TAX RETURNS AND RETURN INFORMATION  GRAND JURY INVESTIGATION | *  *  *  MJ NO. __MJ 16-0032-C__  *  *  TO BE FILED EX PARTE AND  *  UNDER SEAL |

### APPLICATION FOR EX PARTE ORDER
### TO DISCLOSE RETURNS AND RETURN INFORMATION

COMES NOW the United States of America, by and through its attorney, Kenyen R. Brown, United States Attorney for the Southern District of Alabama, and Lawrence J. Bullard, Assistant United States Attorney for the Southern District of Alabama and pursuant to 26 U.S.C. § 6103(i)(1), makes application to the Court for an *ex parte* order directing the Internal Revenue Service (IRS) to disclose to applicant (and others hereinafter named) returns and return information of the following individuals:

Name:   Frank Peter Salamone

Name:   Heather Turner Erwin

which returns and return information are described as those returns and return information for the taxable period **August 2013** through **present**.

In support of its application, applicant alleges and states the following:

1

(1) There is reasonable cause to believe, based upon information gathered during an ongoing law enforcement investigation, eliciting evidence believed to be reliable, that violations of Title 21, United States Code, Section 841 (Intent to Distribute Methylphenidate) and Title 21, United States Code, Section 846 (Conspiring to Distribute Methylphenidate), and Title 18, United States Code, Section 554 (Smuggling) have been committed.

(2) The reasonable cause is based upon an ongoing investigation, conducted by the Office of the United States Attorney, the Department of Homeland Security (DHS), finding evidence that the above named individuals possibly violated Title 21, United States Code, Section 841 & 846. Specifically, the investigation to date has revealed that both Frank Peter Salamone and Heather Turner Erwin conspired together along with a known subject in Nogales, Arizona to smuggle a large amount of Methylphenidate, in pill form, from Mexico into the United States. The investigation has revealed that Frank Peter Salamone and Heather Turner Erwin have wired approximately $12,000.00 U.S. currency to the known subject in Nogales, Arizona in a one year time frame for the shipments of Methylphenidate. Heather Turner Erwin states that she has no source of income. Frank Peter Salamone states that he is on a limited budget and he is the only source of income for he and his wife, Heather Turner Erwin. Conflicting statements made by Frank Peter Salamone shows his involvement and him trying to conceal his illegal activities that he and his wife, Heather Turner Erwin, are involved in. Frank Peter Salamone states that he has sole responsibilities of all income and bill paying yet he didn't remember paying the suspect in Nogales, Arizona until confronted by agents of his activities.

(3) There is reasonable cause to believe that the above-described returns and return information are or may be relevant to a matter relating to the possible violations of said criminal

statutes. The tax returns and return information of these individuals are needed to determine the actual amount of monies earned through legitimate employment.

(4) The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such act.

(5) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The United States also requests the Court to order the Internal Revenue Service to certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file.

The United States also requests the Court to order the Internal Revenue Service to also provide any and all income information and records for the above subject, independent of whether or not a return was filed, for each year up to and including income information the Internal Revenue Service has on file for the current year. As such, the United States requests a certification from the Internal Revenue Service of the income information it has for each year regarding the subjects, independent from the tax return information.

The United States also requests the Court to order the Internal Revenue Service to disclose such returns and return information described above as come into the possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 (ninety) days thereafter.

Applicant further alleges and states that, in addition to himself, Special Agent Randall L. Hoffman of the U.S. Department of Homeland Security (DHS) is personally and directly engaged

in investigating this case. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-(1).

The application is authorized by Kenyen R. Brown, United States Attorney for the Southern District of Alabama.

Applicant further states that the subjects of this Application are the subject of a pending investigation in this District, publication of the Application and Order would compromise that investigation, and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayer.

Therefore, applicant prays that this Court enter an order, *ex parte* and under seal, on this application granting disclosure by the Internal Revenue Service of the returns and return information specified in this application. Applicant further requests that this application, and any order resulting therefrom, be sealed pending further order of the Court.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: _____
AUSA Lawrence J. Bullard
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## AUTHORIZATION FOR EX PARTE APPLICATION

The undersigned, being the United States Attorney for the Southern District of Alabama, pursuant to Title 26, United States Code, Section 6103(i)(1), hereby authorizes the foregoing Application for Ex Parte Order for Disclosure of Tax Returns and Return Information.

Dated: 4/20/16

_____
United States Attorney

4